# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:    James E. Sharp                                Case Number:   14-52089
            Amy M. Sharp
            Debtors

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 12/9/2014, Court Doc. # 24

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

James E. Sharp                                    CORD, GINGER C
Amy M. Sharp                                 155 EAST MAIN ST
2684 Whiteberry Drive                     STE 330
Lexington, KY  40511                     LEXINGTON , KY  40507-1332

MANLEY DEAS KOCHALSKI LLC            BANK OF AMERICA N A
P O BOX 165028                              % BANKRUPTCY DEPARTMENT
COLUMBUS, OH  43216-5028               MAIL STOP CA6-919-01-23
                                            400 NATIONAL WAY
                                          SIMI VALLEY, CA  93065

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, December 25, 2014**
(grs)